```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    KRISTINE RICHARDS
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   No. CR 11-19 KJN
                                 )
12            Plaintiff,         )   AMENDED
                                 )   STIPULATION AND ORDER VACATING
13       v.                      )   TRIAL-CONFIRMATION/JURY TRIAL
                                 )   DATES AND SETTING FOR CHANGE
14  KRISTINE RICHARDS,           )   OF PLEA
                                 )
15            Defendant.         )   Date: April 27, 2011
                                 )   Time: 9:00 am.
16  _____)   Judge: Kendall J. Newman
```

It is hereby stipulated and agreed to between the United States of America through Rachana Shah, Assistant U.S. Attorney, and defendant, KRISTINE RICHARDS, by and through her counsel, Linda C. Harter, Chief Assistant Federal Defender, that the trial-confirmation hearing date of March 16, 2011 and jury trial date of April 4, 2011 be vacated, and the matter set for change of plea on April 27, 2011 at 9:00 am.

This continuance is requested because Ms. Richards will be unavailable on the present dates due to medical reasons. Additionally, the parties are working toward resolution and a plea is anticipated.

It is further stipulated and agreed between the parties that

the period beginning from the date of signing of this order through and including April 27, 2011 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 10, 2011			Respectfully submitted,

						DANIEL J. BRODERICK
						Federal Defender


						/s/ Linda C. Harter
						LINDA C. HARTER
						Assistant Federal Defender
						Attorney for Defendant
						KRISTINE RICHARDS


Dated: March 10,  2011			BENJAMIN B. WAGNER
						United States Attorney


						/s/ Rachana Shah
						RACHANA SHAH
						Assistant U.S. Attorney
						Attorney for Plaintiff




**O R D E R**

**IT IS SO ORDERED.**

DATED: March 11, 2011.



						_____
						KENDALL J. NEWMAN
						UNITED STATES MAGISTRATE JUDGE