1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  KRISTINE RICHARDS

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       )  NO. CR. 11-019 KJN
                                   )
13             Plaintiff,          )
                                   )  **STIPULATION AND ORDER**
14      v.                         )  **CONTINUING SENTENCING**
                                   )
15 KRISTINE RICHARDS,              )
                                   )  Date:  July 20, 2011
16                                 )  Time:  9:00 am.
               Defendants.         )  Judge: Hon. Kendall J. Newman
17 _____

18

19     IT IS HEREBY STIPULATED by and between the parties hereto through

20 their respective counsel, Rachana Shaw, Assistant United States

21 Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant

22 Federal Defender, attorney for defendant, KRISTINE RICHARDS, that the

23 sentencing hearing date of July 13, 2011 be vacated, and the matter be

24 continued for sentencing on July 20, 2011 at 10:00 am. (Court approves

25 hearing for 9:00 a.m.)

26     Probation has no objection to the continuance.

27

28

```
Dated:   July 6, 2011               Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    KRISTINE RICHARDS


Dated:   July 6, 2011               BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Linda C. Harter for
                                    RACHANA SHAW
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.**

Dated: <u>July 7, 2011</u>

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE